DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES TUXBURY,**
Appellant,

v.

**CHRISTOPHER D. MAHONEY,**
Appellee.

No. 4D2023-1531

[April 25, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 312021CA000007.

Michael G. Kissner, Jr. and Savannah J.H. Unruh of Block & Scarpa, Vero Beach, for appellant.

Fred L. Kretschmer, Jr. of Brennan & Kretschmer, Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***